# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2382

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Demetrius Nunn, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  December 21, 2000
Filed:  December 29, 2000

_____

Before McMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Demetrius Nunn pleaded guilty to possessing cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a).  The district court sentenced him to 151 months imprisonment and five years supervised release.  On appeal, Nunn's counsel has filed a brief and moved to withdraw under Anders v. California, 386 U.S. 738 (1967); Nunn has not filed a pro se supplemental brief.

Having thoroughly reviewed the record, we conclude Nunn knowingly and voluntarily waived his right to appeal his sentence in the "Stipulation and Agreement Relative to Plea, Conviction and Sentencing" which served as the plea agreement.  See

United States v. Michelsen, 141 F.3d 867, 871-72 (8th Cir.), cert. denied, 525 U.S. 942 (1998); United States v. Greger, 98 F.3d 1080, 1081-82 (8th Cir. 1996). Accordingly, we enforce the appeal waiver, dismiss this appeal, and grant Nunn's counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.